# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0400. MARY DORNER v. EARL BROCK JR.**

The application for discretionary review filed by applicant Mary Dorner is hereby GRANTED. Respondent Earl Brock, Jr.'s request for sanctions is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/25/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*